David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette Dube
Chief Deputy

November 18, 2005

RECEIVED
NOV 28 2005
Property of U.S. District Court
District of Rhode Island

Richard Donovan, Clerk
United States Court of Appeals
One Courthouse Way
Boston, MA 02109

**Re: <u>D'Amario v. US</u>, C.A. No. 05-447S**

Dear Mr. Donovan:

Enclosed please find a Transfer Order entered by Chief U.S. District Judge Ernest C. Torres in the above-referenced matter transferring this case to the First Circuit Court of Appeals, along with the original file and a certified copy of the docket.

Please acknowledge receipt of the enclosed by signing a **copy** of this letter and returning back to this office.

Sincerely,

DAVID A. DiMARZIO
Clerk of Court

Alba-Sue Mercurio
Deputy Clerk

Enclosure: Certified Docket
Original file

Susan Pedro
05-2745