DC#05-447
J Smith

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

---

No. 05-2745

ARTHUR D'AMARIO, III,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

---

Before

Boudin, Chief Judge,
Torruella, and Howard, Circuit Judges.

---

JUDGMENT

Entered: February 13, 2006

The application for leave to file, in the district court, a second or successive motion pursuant to 28 U.S.C. § 2255 does not meet the relevant gatekeeping provision, see 28 U.S.C. § 2255 ¶8, and, therefore, the application is denied.

The motions for immediate release and to stay enforcement of the special conditions of supervised release are also denied.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 2-13-06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[Cert. cc: Hon. William E. Smith and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: D'Amario and Lockhart]